IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| KARL PRATHER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| LINEAGE MAILING SERVICES, LLC, | ) | No. **18-2016-CM-TJJ** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Counsel for the parties listed above have notified the court that they have settled and compromised the claims in this lawsuit.

**IT IS THEREFORE ORDERED** that the clerk shall administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. On or before **NOVEMBER 29, 2018**, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time and the parties have not reopened for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, the Court's entry of final judgment of dismissal with prejudice under Rule 41(a)(2).

**IT IS SO ORDERED**.

Dated this 31ST day of OCTOBER, 2018 at Kansas City, Kansas.

/s/ Carlos Murguia
HON. CARLOS MURGUIA
UNITED STATES DISTRICT JUDGE