IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KARL PRATHER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-02016-CM-TJJ |
| ) | |
| **LINEAGE MAILING SERVICES, L.L.C.,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the case **with prejudice** as to all claims. Each party will bear his or its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Phillip M. Murphy II | /s/ Kyle A. Kitson (with permission) |
| Phillip M. Murphy II | Curtis R. Summers, #22063 |
| The Law Office of Phillip M. Murphy II | Kyle A. Kitson, #26277 |
| 4717 Grand Ave., Ste. 250 | LITTLER MENDELSON, P.C. |
| Kansas City, MO 64112 | 1201 Walnut Street, Suite 1450 |
| Telephone: (913) 661-2900 | Kansas City, MO  64106 |
| Facsimile: (913) 312-5841 | Telephone: 816.627.4400 |
| phillip@phipllipmurphylaw.com | Facsimile: 816.627.4444 |
| | csummers@littler.com |
| | kkitson@littler.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed using the Court's CM/ECF system this 21st day of December, 2018, which sent notice of same to the following:

Curtis R. Summers
Kyle A. Kitson
Littler Mendelson, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
csummers@littler.com
kkitson@littler.com

ATTORNEYS FOR DEFENDANT

/s/ Phillip M. Murphy II
Attorney for Plaintiff